IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-640-WKW |
| | ) | (WO) |
| CITY OF DOTHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment is entered in favor of all of the defendants and against the plaintiff, Eva Matthews.

(2) Costs are taxed against plaintiff, Eva Matthews, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of January, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE