IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA C. MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:04-cv-640-WKW |
| v. | ) [wo] |
| | ) |
| CITY OF DOTHAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The plaintiff has filed a Motion for Reconsideration (Doc. # 126).  It is ORDERED that Defendant Tew shall respond to the motion **on or before March 25, 2008.**

DONE this 5th day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE