IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA C. MATTHEWS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CASE NO. 1:04-cv-640-WKW |
| v. | ) [wo] |
| | ) |
| CITY OF DOTHAN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**<u>ORDER</u>**

Defendant Mike Tew ("Tew") and Plaintiff Eva Mathews ("Mathews") having stipulated to a dismissal (Doc. # 128) of all claims between them as a result of a compromise settlement, which includes that the parties are to bear their own costs, fees, and expenses. The court had previously taxed Tew's costs (Doc. # 108) to Mathews and ordered her to pay his attorney fees (Doc. #125).

It is ORDERED that:

1. Plaintiff Mathews's Motion for Reconsideration (Doc. # 126) is DENIED as moot.

2. The Order entered February 15, 2008 (Doc. # 125), is VACATED.

3. All claims between the parties are DISMISSED with prejudice, each party to bear its own costs, fees, and expenses.

DONE this 13th day of March, 2008.

                                          /s/   W. Keith Watkins         
                                    UNITED STATES DISTRICT JUDGE